# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIKE PEREZ,** : | **CIVIL ACTION NO. 1:06-CV-1468** |
| **Plaintiff** : | **(Judge Conner)** |
| v. : | |
| **JOHN J. GRIFFIN and LAW** : | |
| **OFFICE OF JOHN J. GRIFFIN,** : | |
| **Defendants** : | |

## **ORDER**

AND NOW, this 15th day of December, 2006, upon consideration of the order of court directing the United States Marshal to effect personal service of the complaint (Doc. 18), and the waiver of service docketed on December 13, 2006 (Doc. 19), it is hereby ORDERED that Paragraph 2 of the order of court dated December 12, 2006 (Doc. 18 ¶ 2) directing the United States Marshal to effect personal service of the complaint is VACATED.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge