# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIKE PEREZ,** | : | CIVIL ACTION NO. 1:06-CV-1468 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **JOHN J. GRIFFIN and LAW OFFICE OF JOHN J. GRIFFIN,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 30th day of May, 2007, upon consideration of *pro se* plaintiff's motion for default judgment (Doc. 29), averring that defendants failed to respond to his first set of interrogatories, it is hereby ORDERED that the motion for default judgment (Doc. 29) is DENIED without prejudice to plaintiff's right to file a motion to compel.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge