## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIKE PEREZ,** | : | **CIVIL ACTION NO. 1:06-CV-1468** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **JOHN J. GRIFFIN and LAW** | : | |
| **OFFICE OF JOHN J. GRIFFIN,** | : | |
| | : | |
| **Defendants** | : | |

### ORDER

AND NOW, this 8th day of June, 2007, upon consideration of *pro se* plaintiff's

motion to compel (Doc. 32), which is identical to an outstanding motion to compel

(Doc. 27), it is hereby ORDERED that the motion to compel (Doc. 32) is DENIED as

moot.  The court will rule on plaintiff's original motion to compel (Doc. 27) after

receiving defendants' brief in opposition.[1]


  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] The order of court dated June 8, 2007 (Doc. 31) directed defendants to file a
brief in opposition to the motion to compel (Doc. 27) by June 22, 2007.