# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIKE PEREZ,** | : CIVIL ACTION NO. 1:06-CV-1468 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **JOHN J. GRIFFIN and LAW OFFICE OF JOHN J. GRIFFIN,** | : |
| **Defendants** | : |

## ORDER

AND NOW, this 25th day of June, 2007, upon consideration of *pro se* plaintiff's motion (Doc. 27) to compel defendants to respond to his first set of interrogatories, and it appearing that defendants have answered plaintiff's interrogatories (see Doc. 40, Ex. A), it is hereby ORDERED that the motion to compel (Doc. 27) is DENIED as moot.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge